IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JU LI,** | : |
| **Petitioner** | : Civ. No. 1:16-cv-0067 |
| | : |
| v. | : Judge Rambo |
| | : |
| **CRAIG A. LOWE,** *et al.*, | : |
| | : Magistrate Judge Schwab |
| **Respondents** | : |

# **O R D E R**

**AND NOW**, this 19th day of May, 2016, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation is adopted;

2) Petitioner Li's petition for a writ of habeas corpus is dismissed as moot;

3) The clerk of court shall close this file.

                                     s/Sylvia H. Rambo
                                     SYLVIA H. RAMBO
                                     United States District Judge

Dated: May 19, 2016